Dave ZANOLLI, Joseph Polizzi, and Tony Finocchio, Appellants, v. UNITED STATES of America, Appellee.

No. 7151.

Circuit Court of Appeals, Ninth Circuit.

March 5, 1934.

Hugh L. Smith and Chas. J. Wiseman, both of San Francisco, Cal., and Leo Sullivan and Frank Creely, both of Oakland, Cal., for appellants.

H. H. McPike, U. S. Atty., and Thomas G. Goulden, Asst. U. S. Atty., both of San Francisco, Cal.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellants, ordered judgment of District Court reversed; and cause remanded to District Court with directions to dismiss; mandate forthwith.